IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NO. 24-10633

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

JAMAION WILSON,
Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNOPPOSED SECOND MOTION TO EXTEND TIME
TO FILE INITIAL BRIEF**

Appellant Jamaion Wilson, received a sentence of 120-months imprisonment and three-years supervision for possessing a machine-gun. By and through the undersigned counsel, he respectfully moves for a second unopposed extension to file the Initial Brief, which brief would otherwise be due November 20, 2024. He requests 15 additional days, so the new requested due date is Thursday, December 5, 2024.

As discussed in the first motion, the case contains two complex and preserved issues. Further, the deadline falls among four in three days. These include:

- *Espinoza-Camacho v. United States*, Fifth Circuit Number No. 23-11178,

Petition for Certiorari due November 18, 2024,

- *United States v. Cook*, Fifth Circuit Number 24-10631, Initial Brief due November 19, 2024, and

- *United States v. Kerr*, Fifth Circuit Number 24-10661, Initial Brief due November 19, 2024.

In addition, I have been tasked with assisting in the complicated legal disputes arising in *United States v. Ward*, Northern District of Texas Case Number 3:23-CR-295-L (sentencing hearing November 18, 2024). Finally, in *United States v. Cerrillo*, Fifth Circuit Number 23-10737, I am required on November 20, 2024 to apprise this Court of the status of a just-released State court decision, namely *Floyd v. State*, Case Number PD-0148-23, 2024 WL 4757855 (Tex. Crim. App. November 13, 2024). This will require a brief but important filing discussing the substance and implications of *Floyd*.

Mr. Wilson's 120-month term of imprisonment eliminates the urgency of an impending release date. It also creates very substantial stakes in the outcome of the case for Mr. Wilson, requiring careful review of the record and governing law.

Counsel for the government, AUSA Stephen Gilstrap, indicated in person November 18, 2024, that the government did not oppose the requested extension.

Respectfully submitted November 18, 2024,

/s/ Kevin Joel Page
Kevin Joel Page
Attorney for Defendant/Appellant
Assistant Federal Public Defender
Northern District of Texas
Texas State Bar No. 24042691
525 Griffin St., Suite 629
Dallas, Texas 75202
(214) 767-2746 (Telephone)
(214) 767-2886 (Fax)
Joel_page@fd.org

## Certificate of Service

I, Kevin Joel Page, hereby certify that on this the 18th day of November, 2024, this Motion was served via ECF email to counsel for the Plaintiff-Appellee, Assistant U.S. Attorney Stephen Gilstrap at Stephen.gilstrap@usdoj.gov. I further certify that: 1) all privacy redactions have been made pursuant to 5th Cir. Rule 25.2.13; 2) the electronic submission is an exact copy of the paper documents pursuant to 5th Cir. Rule 25.2.1; and 3) the document has been scanned for viruses with the most recent version of Norton Anti-virus and is free of viruses.

Finally, a copy was sent to Mr. Wilson.

/s/ Kevin Joel Page
Kevin Joel Page

## Certificate of Compliance

Pursuant to Rule 32(a)(7) of the Federal Rules of Appellate Procedure, the undersigned certifies this motion complies with the type-volume limitations announced in Rule 32(a)(7)(B)(i) of the Federal Rules of Appellate Procedure.

1. Exclusive of the exempted portions announced in Rule 32(a)(7)(B)(ii) of the Federal Rules of Appellate Procedure and 5th Circuit Rule 32.2, the undersigned certifies that the Motion contains 290 words in proportionately spaced typeface.

2. The motion has been prepared in proportionately spaced typeface using WordPerfect X5, Times New Roman 14 pt. Footnotes are in Times New Roman 12 pt.

3. The undersigned understand a material misrepresentation in completing the certificate, or circumvention of the type-volume limits states in Rule 32(a)(7) of the Federal Rules of Appellate Procedure, may result in the Court striking the motion and imposing sanctions against the person signing the motion.

/s/ Kevin Joel Page
Kevin Joel Page