

**U.S. Department of Justice**
United States Attorney
Northern District of Texas

*1100 Commerce St. 3rd Floor*   *Telephone (214) 659-8600*
*Dallas, Texas 75242*   *Fax (214) 659-8602*

July 23, 2025

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *United States v. Wilson*, No. 24-10633
      Letter pursuant to Fed. R. App. P. 28(j)

Mr. Cayce:

      The government respectfully submits this letter to update the discussion in the briefing regarding the number of machineguns registered to civilians based on updated information provided by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Relying on *Hollis v. Lynch*, 827 F.3d 436, 449 (5th Cir. 2016), which in turn relied on a 2016 letter sent by ATF in response to a Freedom of Information Act request, the government's brief asserted that, in 2016, there were "175,977 pre-1986 civilian-owned machineguns in existence." (Brief at 25.).

      ATF has recently clarified that, as of June 2025, the total number of registered machineguns that are "transferable to a private individual or between private individuals is approximately 234,718." ATF.gov, Data & Statistics, Machineguns Registered in the National Firearms Registration and Transfer Record, https://www.atf.gov/resource-center/data-statistics (last reviewed July 7, 2025). ATF explains that this number may include machineguns that "no longer function," that are in fact possessed by government or licensed entities, or that are possessed by individuals outside the United States. *Id.* Accordingly, the United States submits this letter to clarify that the total number of functioning machineguns lawfully possessed by civilians within the United States is, according to current ATF estimates, no higher than 234,718. That number may, of course, be substantially lower for the reasons given by ATF.

Respectfully submitted,

Nancy E. Larson
Acting United States Attorney

*/s/ Lindsey D. Pryor*
Lindsey D. Pryor
Assistant United States Attorney

cc:   Loui Itoh
      (*via* ECF filing)

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 28(j) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 216 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*/s/ Lindsey D. Pryor*
Lindsey D. Pryor