# FEDERAL PUBLIC DEFENDER
## FOR THE NORTHERN DISTRICT OF TEXAS

JASON D. HAWKINS  
FEDERAL PUBLIC DEFENDER

819 TAYLOR STREET  
ROOM 9A10  
FORT WORTH, TEXAS 76102  
P: 817.978.2753

LOUI ITOH  
ASSISTANT FEDERAL  
PUBLIC DEFENDER  
Loui_Itoh@fd.org

**Via ECF**

July 29, 2025

Lyle W. Cayce  
Clerk of the Court  
U.S. Court of Appeals for the Fifth Circuit  
600 South Maestri Place  
New Orleans, Louisiana 70130

      **Re:  *United States v. Wilson*, Case No. 24-10633**  
           **Response to Government's July 23, 2025 Letter**

Dear Mr. Cayce:

      In support of its argument that machineguns remain outside "common use," the government cites a June 2025 ATF estimate of "approximately 234,718" machineguns "transferable to a private individual." That is not the number that matters.

      First, the same ATF website acknowledges more than 2.3 *million* machineguns listed in the National Firearms Registration and Transfer Record (NFRTR), of which 782,958 are registered in one of the 50 states.[1]

---

[1] BATFE, *Machineguns Registered in the National Firearms Registration and Transfer Record* (July 7, 2025), https://www.atf.gov/resource-center/data-statistics. The 782,958 number "does not include machineguns registered in a U.S. territory, machineguns where no state

The NFRTR total does not include "firearms held or controlled by the U.S. government."[2]

Second, the NFRTR omits the vast and growing numbers of civilian-owned machinegun conversion devices (MCDs). In the years since *Hollis v. Lynch*, 827 F.3d 436 (5th Cir. 2016), that number has increased dramatically. In the decade prior to 2021, ATF saw a 570% increase in MCD recoveries.[3] ATF recently created a nationwide task force to address the "increased proliferation" of MCD's, which are now the "most frequently recovered type of illegal firearm, accounting for almost 55% of the firearms recovered in ATF trafficking investigations between 2017 and 2021."[4] ATF says it recovered "more than 31,000" MCDs between 2019–2023.[5]

---

was listed, or machineguns that have been exported from the United States and so are no longer present in any state." *Id.*

[2] Jordan B. Cohen (Congressional Research Service), *Statutory Federal Gun Registry Prohibitions and ATF Record Retention Requirements* (Feb. 5, 2024).

[3] "Combating Illegal Machinegun Conversion Devices Through Enhanced Enforcement, Training, and Intelligence Sharing." U.S. DOJ Deputy Attorney General, (Sep. 6, 2024); https://www.justice.gov/archives/media/1366606/dl.

[4] *Id.*

[5] Press Release, *US Attorney and ATF Release New Public Service Announcement Warning Against Possession of Machine Gun Conversion Devices* (Jan. 11, 2024), https://www.atf.gov/news/press-releases/us-attorney-and-atf-release-new-public-service-announcement-warning-against-possession.

Respectfully submitted,

/s/ Loui Itoh
Loui Itoh

**Certificate of Service**

On July 29, 2025, I filed this response through the Court's ECF system. Opposing Counsel has therefore been served.

/s/ Loui Itoh
Loui Itoh

**Certificate of Compliance**

This document complies with the type-volume limit of Fed. R. App. P. 28(j) because the body of the letter contains 297 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface in 14-point Century Schoolbook font.

s/ Loui Itoh
Loui Itoh