

**U.S. Department of Justice**
United States Attorney
Northern District of Texas

|  |  |
|---|---|
| *1100 Commerce St. 3rd Floor* | *Telephone (214) 659-8600* |
| *Dallas, Texas 75242* | *Fax (214) 659-8602* |

September 4, 2025

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *United States v. Wilson*, No. 24-10633
       Letter pursuant to Fed. R. App. P. 28(j)

Mr. Cayce:

     The government respectfully directs the Court to the Tenth Circuit's recent decision in *United States v. Morgan*, __F.4th__, 2025 WL 2502968 (Sept. 2, 2025), reversing the district court's dismissal of an indictment for 18 U.S.C. § 922(o). In *Morgan*, the district court found that Section 922(o) was unconstitutional as applied to the defendant because the government had failed to show that Section 922(o) was consistent with the nation's history of firearm regulation. *Id.* at *3-4. On appeal, the Tenth Circuit reversed and held that the defendant had failed to meet his burden under *Bruen*'s first step to show that machineguns are arms protected by the Second Amendment—i.e., that they are "in common use today for self-defense." *Id.* at *4.

     The district court's decision in *Morgan* was always an outlier; dozens of district courts, including the court in this case, have rejected post-*Bruen* Second Amendment challenges to Section 922(o). The Tenth Circuit's decision corrects the error and confirms that machineguns are not the types of arms protected by the Second Amendment.

Respectfully submitted,

Nancy E. Larson<br>
Acting United States Attorney

*/s/ Lindsey D. Pryor*<br>
Lindsey D. Pryor<br>
Assistant United States Attorney

cc:   Loui Itoh
        (*via* ECF filing)

# CERTIFICATE OF COMPLIANCE

1.   This document complies with the type-volume limit of Fed. R. App. P. 28(j) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 171 words.

2.   This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*/s/ Lindsey D. Pryor*<br>
Lindsey D. Pryor<br>
Assistant United States Attorney